UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/09

------------------------------------------------- x
LANARD TOYS LTD.,                              )
                                               )
              Plaintiff,                       )
                                               )
       v.                                      )    Civil Action No. 07 Civ. 1981 (MGC)
                                               )
DOLLAR GENERAL CORPORATION,                    )
DOLGENCORP, INC. and BETTERWAY                 )    **MEMO ENDORSED**
INDUSTRIAL COMPANY,                            )
                                               )
              Defendants.                      )
------------------------------------------------- x

## DOLLAR'S NOTICE OF MOTION *IN LIMINE*

PLEASE TAKE NOTICE that pursuant to Fed. R. Evid. 408 and based on their Memorandum in Support of Motion *in Limine*, in support thereof, and upon prior pleadings and proceedings herein, and such oral argument as may be heard at the United States Courthouse, Southern District of New York, before the Honorable Miriam G. Cedarbaum, Defendants Dollar General Corporation and Dolgencorp, Inc. (collectively "Dollar"), will and hereby do move on July 6, 2009 at the Pretrial Conference, or such other date as set by the Court, for an Order from the Court granting Dollar's Motion *in Limine* precluding Plaintiff Lanard Toys Ltd. ("Lanard") from introducing evidence or argument, or examining any witness at trial, whether through direct or cross examination on the issues of settlement communications between Lanard and Betterway for purposes of establishing liability:

*Motion granted.*
*So ordered,*
*July 6, 2009*

/s/ *United States District Judge*

1356453v1

1

*Close Motion*