Paul J. Reilly (PR:0317)
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112-4498
(212) 408-2500
Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LANARD TOYS LTD.,

    Plaintiff,

    v.

DOLLAR GENERAL CORPORATION,
DOLGENCORP, INC. and BETTERWAY
INDUSTRIAL COMPANY,

    Defendants.

------------------------------------------------------------x

**MEMO ENDORSED**

*Motion closed.*

Civil Action No. 07 Civ. 1981 (MGC)

**PLAINTIFF'S NOTICE OF MOTION AND MOTION *IN LIMINE* (I) BARRING DEFENDANTS FROM ATTACKING LANARD'S OWNERSHIP AND VALIDITY OF ITS COPYRIGHTS, TRADEMARKS AND TRADE DRESS, AND (II) TO EXCLUDE EVIDENCE OF THIRD PARTY USES OF FUNSPLASHER OR VARIANTS AND/OR THIRD PARTY DESIGNS OF ALLEGEDLY SIMILAR TO <u>PLAINTIFF'S COPYRIGHTED WORKS AND TRADE DRESS</u>**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. Rule 37 and Fed. R. Evid. 103 (c), 104, 402 and 403, and based on its Memorandum in Support of Plaintiff's Motion in Limine (I) Barring Defendants From Attacking Lanard's Ownership and Validity of Its Copyrights, Trademarks and Trade Dress, and (II) To Exclude Evidence Of Third Party Uses Of FUNSPLASHER or Variants and/or Third Party Designs Allegedly Similar To Plaintiff's Copyrighted Works and Trade Dress, and Declaration of Paul J. Reilly in support thereof, and upon prior pleadings herein and such

*Statements made at settlement conferences are not admissible at trial.*

NY02:658328.1

*Motion denied. So ordered.
July 6, 2009*

S/
United States District Judge